FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-15-0000411**
**07-NOV-2017**
**02:15 PM**

NO. CAAP-15-0000411

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE INTEREST OF CM, A MINOR

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(FC-J NO. 0094704)

ORDER OF CORRECTION
(By: Leonard, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Court filed on September 29, 2017, is corrected at page 11, line 14 from bottom as follows:

Replace "th3" with the word "the" so that the sentence now reads as follows:

> render optional, permissive, or discretionary the provision in

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, November 7, 2017.

FOR THE COURT:

Associate Judge

---

[1] Fujise, Presiding Judge, Leonard and Chan, JJ.